UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BIFANG XU (A-221-418-672),

Petitioner,

v.

WARDEN OF CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,

Respondents.

No. 1:26-cv-06270-DC-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 6, 8)

Petitioner, an immigration detainee proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 18, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 8.) On September 25, 2026, Respondents filed objections to the findings and recommendations in which they object to the findings that Petitioner is entitled to relief under due process and that her detention has become prolonged such that she is entitled to relief. (Doc. No. 10) (*citing Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103 (2020)). On October 1, 2026, Petitioner filed a response to Respondents' objections in which she provides counterarguments to Respondents'

objections and requests that the undersigned adopt the findings and recommendations. (Doc. No. 12.)

Respondents' arguments were already addressed and rejected by the magistrate judge in this case and the undersigned in other cases. *See M.M. v. Bondi*, No. 1:26-cv-00813-DC-AC, 2026 WL 604200 (E.D. Cal. Mar. 4, 2026) (granting temporary restraining order and ordering a bond hearing before an immigration judge for petitioner who had not received a bond hearing during approximately sixteen months of detention pursuant to § 1225(b)); *Nasar v. Warden*, No. 2:26-cv-00433-DC-AC, 2026 WL 731160 (E.D. Cal. Mar. 16, 2026) (granting temporary restraining order and ordering a second bond hearing before an immigration judge for petitioner who was detained under 8 U.S.C. § 1225 and where nine months had elapsed since petitioner's last bond hearing); *see also Diaz-Alfonso v. Warden, Cal. City Immigr. Processing Ctr.*, No. 1:26-cv-07682-DC-CKD, 2026 WL 3060522, at *1 (E.D. Cal. Oct. 13, 2026) (rejecting the argument that *Thuraissigiam* prohibits all due process relief for noncitizens detained under 8 U.S.C. § 1225 because "the petitioner's due process claim in *Thuraissigiam* concerned *admission* to the country, not *detention*" and therefore did not address "the due process protections necessary to detain [a noncitizen]") (emphasis in original). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 18, 2026 (Doc. No. 8), are ADOPTED;

2. The petition for a writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a. Within fourteen (14) days of the date of entry of this order, Respondents are ORDERED to provide Petitioner Bifang Xu (A-221-418-672) with a

bond hearing before an immigration judge at which the government shall bear the burden of proving, by clear and convincing evidence, that Petitioner is either a flight risk or risk to community safety such that Petitioner's continued immigration detention is justified;

b. Respondents are ORDERED to provide Petitioner and her counsel with seven (7) days' advance notice of the date and time of the scheduled bond hearing and allow Petitioner to have counsel present at the hearing should she so desire;

c. If Respondents fail to comply with the above, Petitioner shall be immediately released from Respondents' custody; and

d. Within seventeen (17) days of the date of entry of this order, Respondents are ORDERED to file a status report with this court certifying compliance with this order and attaching, as applicable, the immigration judge's order from the bond hearing;

3. Respondents' pending motion to dismiss (Doc. No. 6) is DENIED;

4. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

5. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dena Coggins
United States District Judge